UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **02-23240**

**CIV-LENARD**

MAGISTRATE JUDGE
SIMONTON

IN RE SEIZURE OF:

SUN TRUST BANK ACCOUNT
NO. 606002516078.
_____/

## MOTION FOR RETURN OF PROPERTY
## AND ATTORNEYS FEES

Claimants, Andres Rivas and Gabriela Rivas, by and through their undersigned counsel and pursuant to Federal Rule of Criminal Procedure 41(e), respectfully move this Honorable Court to enter an order immediately returning Sun Trust Bank Account No. 606002516078 to their lawful possession.

## STANDING

Claimants, Andres Rivas and Gabriela Rivas, have standing because they are the legal owners of Sun Trust Account No. 606002516078.

## JURISDICTION

This Court has jurisdiction and venue over this action pursuant to Federal Rule of Criminal Procedure 41(e) in that the property in issue was seized in the Southern District of Florida, namely the Sun Trust Bank branch in Miami Lakes, Florida.

## FACTS

1. On or about May 29, 2002, Magistrate Judge Susan K. Gauvey, United States Magistrate Judge for the District of Maryland, executed an Affidavit in Support of

1



Seizure Warrants at the request of Lisa Griffin, Assistant United States Attorney for the District of Maryland, and the United States Customs Service.

2.     One of the accounts frozen by the seizure warrants was Sun Trust Account No. 606002516078.  The lawful owners of Sun Trust Account No. 606002516078 are Andres Rivas and Gabriela Rivas who reside in Miami-Dade County, Florida.

3.     On or about June 17, 2002, Lisa M. Griffin, Assistant United States Attorney for the District of Maryland, forwarded a correspondence with a copy of the Affidavit in Support of Seizure Warrant executed by Magistrate Judge Susan K. Gauvey to Claimant-Andres Rivas. (See Exhibit A).

4.     Lisa M. Griffin informed Mr. Rivas that if he had any questions regarding the seizure of his bank account he should give her a call.

5.     As per Ms. Griffin's correspondence, Mr. Rivas called Ms. Griffin and she informed him that his property was seized because the government was going to forfeit the property.

6.     On or about June 26, 2002, Andres Rivas and Gabriela Rivas hired the undersigned's law office to represent them in this matter.

7.     Immediately upon being hired, the undersigned called Lisa Griffin to discuss the case. Ms. Griffin informed the undersigned that Mr. Rivas' bank account was subject to forfeiture because it had received a deposit that derived from money laundering.

8.     Undersigned counsel informed Ms. Griffin that Mr. Rivas was an innocent owner who merely provided bona-fide freight forwarding services in exchange for the deposit in issue.  Undersigned counsel informed Ms. Griffin that Mr. Rivas had no

knowledge of any wrongdoing or wrongdoers.

9.  Ms. Griffin told counsel that the property would still be subject to forfeiture.

10. Immediately after undersigned counsel's telephone conversation with Ms. Griffin, undersigned counsel forwarded Ms. Griffin a facsimile and a correspondence via certified mail memorializing the telephone conversation and filing a Verified Claim to the seized account.  (See attached Exhibit B).

11. Ms. Griffin's office received the facsimile with Verified Claim on June 26, 2002.

12. Ms. Griffin's office also received the correspondence with Verified Claim via certified mail on July 1, 2002. (See attached Exhibit C).

13. Undersigned counsel did not receive further contact from Ms. Griffin regarding the seizure.

14. On or about August 8, 2002, approximately six (6)weeks after undersigned counsel filed the Verified Claim via facsimile, Mr. Rivas received a correspondence from United States Customs addressed to his minor daughter, Gabriela Rivas, informing her that her Sun Trust Account had been seized and informing her of her options regarding the seizure.

15. On or about August 12, 2002, Mr. Rivas forwarded a copy of the correspondence to undersigned counsel.  Undersigned counsel immediately contacted U.S. Customs in Baltimore, Maryland and spoke to Tracy Roy at Customs.

16. Undersigned counsel informed Ms. Roy that a facsimile and correspondence with Verified Claim had already been forwarded to Ms. Griffin on or about June 26, 2002.

17. Undersigned counsel then forwarded a facsimile to Ms. Roy memorializing the

3

telephone conversation and memorializing the previous communications with Ms.
Griffin. (See attached composite Exhibit D).

18.     After August 12, 2002, undersigned counsel did not receive any follow up
communications from Lisa Griffin nor Tracy Roy.

19.     On or about October 9, 2002, one hundred and five (105) days after filing the
Verified Claim on June 26, 2002, undersigned counsel forwarded a facsimile to Lisa
Griffin, Paula Rigby (U.S. Customs Service), and Tracy Roy, informing them that
Mr. Rivas' account should be returned because the government failed to file a
complaint within ninety (90) days of the date the Verified Claim was filed. (See
composite Exhibit E).

20.     As of the date of this motion, the government has not returned the seized property nor
filed a complaint for forfeiture.

## ARGUMENT

Sun Trust Bank Account No. 606002516078 should be returned to the Claimants because
the government failed to file a complaint within ninety (90) days from the date that Claimants filed
their Verified Claim.   See 18 U.S.C. 983(a)(3)(A)(2001).   In particular, section 18 U.S.C.
983(a)(3)(A)(2001) of the Civil Asset Forfeiture Reform Act ("CAFRA"), states:

> Not later than 90 days after a claim has been filed, the Government shall file a
> complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain
> Admiralty and Maritime Claims... (*Emphasis added*).

Section (B) of 18 U.S.C. 983(a)(3)(2001) goes on to state:

> If the Government does not–
>
>      (I) file a complaint for forfeiture or return the property, in accordance with

subparagraph (A); or

(ii) before the time for filing a complaint has expired–

(I) obtain a criminal indictment containing an allegation that the property is subject to forfeiture; and

(II) take the steps necessary to preserve its right to maintain custody of the property as provided in the applicable criminal forfeiture statute,

the Government <u>shall</u> promptly release the property pursuant to regulations promulgated by the Attorney General, and may not take any further action to effect the civil forfeiture of such property in connection with the underlying offense. (*Emphasis added*).

In the case at hand, the Claimants, through their attorney, filed their Verified Claim to the seized bank account on June 26, 2002.[1]  As such, pursuant to 18 U.S.C. 983(a)(3)(A)(2001), the government had until September 24, 2002 to file its complaint to forfeit the seized bank account. Because the government failed to file its complaint by September 24, 2002, the government is barred from filing a complaint for forfeiture against the subject property and the property should be immediately returned to its lawful owners.

Throughout American history forfeitures have been disfavored.  In fact, the Supreme Court of the United States has previously stated that "...forfeitures are not favored; they should be enforced only when within both the letter and spirit of the law." See *United States v. One 1936 Model Ford V-8 De Lux Coach*, 307 U.S. 219, 226 (1936) and *Farmers' & M. National Bank v. Dearing*, 91 U.S. 29, 33-35 (1875); also see *Montgomery v. Scott*, 802 F. Supp. 930, 937 (W.D.N.Y. 1992).  Because forfeitures are disfavored, forfeiture statutes are strictly construed against the government.  See *United States v. $191,910.00 in United States Currency*, 16 F.3d 1051, 1068 (9th Cir. 1994)(citing

---

[1]The Verified Claim with correspondence was also received by the government via certified mail on July 1, 2002.

*One Ford Coach*, 307 U.S. at 226).

  The government's failure to file a complaint in a timely fashion and/or return the seized property upon Claimants' request displays a callous disregard for the Claimant's constitutional rights to property and due process of law.  The government has not acted within either the letter or spirit of the law.  It is precisely this type of conduct and/or government indifference towards the rights of claimants that led congress to the recent amendments in CAFRA and which have caused courts to state "...we believe the government's conduct in forfeiture cases leaves much to be desired.  We are certainly not the first court to be 'enormously troubled by the government's increasing and virtually unchecked use of the civil forfeiture statutes and the disregard for the due process that is buried in those statutes.'" See *United States v. $506,231 in United States Currency*, 125 F.3d 442, 454 (7th Cir. 1997)(quoting *United States v. All Assets of Statewide Auto Parts, Inc.*, 971 F.2d 896, 905 (2d Cir. 1992).

  WHEREFORE, the Claimants, by and through undersigned counsel, respectfully request that this Honorable Court enter an order immediately returning Sun Trust Bank Account No. 606002516078 to their lawful possession and granting them reasonable attorneys fees for the institution of this action.

DEMAND FOR ATTORNEYS FEES

  Claimants demand attorneys' fees and costs pursuant to 28 U.S.C. §2465.

Respectfully submitted,

By: _____
   Juan D. Berrio, Esq.
   Florida Bar No. 0236070

6

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via certified mail on this _4th_ day of _November_ , 2002, to: Lisa M. Griffin, Assistant United States Attorney, 6625 United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201-2692.

Respectfully submitted,

By: _____

Juan D. Berrio, Esq.
Fla. Bar No. 0236070

Richard S. Gendler, P.A.
2828 Coral Way, Suite 304
Miami, Florida 33145
Telephone (305)444-1533
Facsimile (305)444-1075

7

# **EXHIBIT A**
(See attached)



**U.S. Departm** **of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

| | | |
|---|---|---|
| *Thomas M. DiBiagio* | *6625 United States Courthouse* | *410-209-4800* |
| *United States Attorney* | *101 West Lombard Street* | *TTY/TDD:410-962-4462* |
| | *Baltimore, Maryland 21201-2692* | *410-209-4891* |
| *Lisa M. Griffin* | | *FAX 410-962-3124* |
| *Assistant United States Attorney* | | |

June 17, 2002

Andy Revas
14311 NW 83rd Avenue
Miami Lakes, FL 33016

      Re: <u>United States v. Carlos Jaime Ruiz-Duque</u>

Enclosed is a copy of the Affidavit In Support Of Seizure Warrant in the above referenced case.

If you have any questions, please give me a call.

      Very truly yours,

      Thomas M. DiBiagio
      United States Attorney

      By:    
      Lisa M. Griffin
      Assistant United States Attorney

## **EXHIBIT B**
(See attached)

LAW OFFICES OF

# RICHARD S. GENDLER & ASSOCIATES , P.A.

2828 CORAL WAY, SUITE 304
MIAMI, FLORIDA 33145

TELEPHONE: (305) 444-1533
FACSIMILE: (305) 444-1075

June 26, 2002

Via Certified Mailed-Return Receipt Requested &
     Facsimile (410)962-3124

Lisa M. Griffin, Esq.
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

Re:    Andres Rivas
     Sun Trust Account No. 606002516078

Dear Ms. Griffin:

As per our previous telephone conversation, please be advised that this office represents Andres Rivas with regard to the above referenced matter. As such, enclosed please find a Verified Notice of Claim executed by Mr. Rivas with regard to Sun Trust Account No. 606002516078.

As I informed you in our telephone conversation, Mr. Rivas is an innocent owner who merely provided services as a freight forwarder for U.S. goods. (See 18 USC §983(d)(3)(A)). I have all the documentation necessary to prove this. If you would like to resolve this matter without the need for a complaint and protracted litigation, please contact the undersigned in a timely fashion.

Additionally, please forward to this office any and all documents associated with this seizure including, but not limited to, the subpoenas served on Sun Trust Bank. Please direct any and all future communications to this office.

Sincerely,

Juan D. Berrio, Esq.

JDB/bl

UNITED STATES ATTORNEY DISTRICT
OF MARYLAND NORTHERN DIVISION

IN RE:

UNITED STATES V. CARLOS JAIME RUIZ-DUQUE

SUN TRUST ACCOUNT NO. 606002516078

_____/

### VERIFIED NOTICE OF CLAIM

COMES NOW the Claimant, Andres Rivas, and herein asserts his claim as owner to all the

monies in Sun Trust Account No. 606002516078 which was frozen on June 11, 2002 by the United

States Department of Justice.

_____
Andres Rivas (Claimant)
Account No. 606002516078

STATE OF FLORIDA
COUNTY OF DADE

The foregoing instrument was acknowledged before me this 25 day of June,
2002, by Andres Rivas who did furnish me with FL Drivers License identification and who
did take an oath indicating the above-referenced statement is true and correct under penalty of
perjury.

SWORN TO AND SUBSCRIBED BEFORE ME.

_____
NOTARY PUBLIC

OFFICIAL NOTARY SEAL
CAROLINA RODRIGUEZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC986288
MY COMMISSION EXP. DEC. 5,2004

# LAW OFFICES OF
# RICHARD S. GENDLER & ASSOCIATES, P.A.
## 2828 CORAL WAY, SUITE 304
## MIAMI, FLORIDA 33145

**Office (305) 444-1533**                     **Fax (305) 444-1075**

*** Facsimile Cover Page ***

| |
|---|
| Please deliver the following pages to:<br>Lisa Griffin, Esq. (AUSA) |
| FROM: Juan D. Berrio, Esq. |
| FAX NUMBER: (410) 962-3124 |
| Re: Andres Rivas<br>    Sun Trust Account No. 606002516078 |
| NUMBER OF PAGES INCLUDING COVER SHEET: 3 |
| DATE: 6/26/02 |
| NOTE: |
| |
| If you do not receive all the pages, please call Juan at (305) 444-1533. |

<u>*CONFIDENTIALITY NOTICE*</u>

*<u>The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee listed above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited</u>*

# HP LaserJet *3200se*



HP LASERJET 3200

JUN-25-2000   3:47PM

# Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 755 | 6/25/2000 | 3:45:57PM | Send | 14109623124 | 1:20 | 3 | OK |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lisa M. Griffin, Esq.
Assistant United State Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland
21201-2692

2. Article Number
(Transfer from service label)
7001 1940 0004 8686 1878

PS Form 3811, March 2001     Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
Charles Hagan  7/11/02

C. Signature
X _____
☐ Agent   ☑ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-01-M-1424









**CERTIFIED MAIL**

7001 1940 0004 8686 1878

LAW OFFICES OF
**RICHARD S. GENDLER & ASSOCIATES, P.A.**
2828 CORAL WAY, SUITE 304

Lisa M. Griffin, Esq.
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
Via Certified Mail-Return Receipt Requested!




U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ 0.34 |
| Certified Fee | 2.10 |
| Return Receipt Fee (Endorsement Required) | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $3.94 |

Postmark Here

Sent To _Lisa M. Griffin, Esq., Asst. U.S. Atty_
Street, Apt. No.; or PO Box No. _6625 United State Courthouse_
City, State, ZIP+4 _Balt., 101 West Lombard St. 21201-2692_

PS Form 3800, January 2001          See Reverse for Instructions

7001 1940 0004 8686 1878

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ 0.34 |
| Certified Fee | 2.10 |
| Return Receipt Fee (Endorsement Required) | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $3.94 |

Postmark Here

Sent To _Lisa M. Griffin, Esq., Asst. U.S. Atty_
Street, Apt. No.; or PO Box No. _6625 United State Courthouse_
City, State, ZIP+4 _Balt., 101 West Lombard St. 21201-2692_

PS Form 3800, January 2001          See Reverse for Instructions

7001 1940 0004 8686 1878

# **EXHIBIT C**
(See attached)

LAW OFFICES OF

# RICHARD S. GENDLER & ASSOCIATES , P.A.

**2828 CORAL WAY, SUITE 304**
**MIAMI, FLORIDA 33145**

TELEPHONE: (305) 444-1533
FACSIMILE: (305) 444-1075

June 26, 2002

Via Certified Mailed-Return Receipt Requested &
        Facsimile (410)962-3124

Lisa M. Griffin, Esq.
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

Re:    Andres Rivas
       Sun Trust Account No. 606002516078

Dear Ms. Griffin:

As per our previous telephone conversation, please be advised that this office represents Andres Rivas with regard to the above referenced matter. As such, enclosed please find a Verified Notice of Claim executed by Mr. Rivas with regard to Sun Trust Account No. 606002516078.

As I informed you in our telephone conversation, Mr. Rivas is an innocent owner who merely provided services as a freight forwarder for U.S. goods. (See 18 USC §983(d)(3)(A)). I have all the documentation necessary to prove this. If you would like to resolve this matter without the need for a complaint and protracted litigation, please contact the undersigned in a timely fashion.

Additionally, please forward to this office any and all documents associated with this seizure including, but not limited to, the subpoenas served on Sun Trust Bank. Please direct any and all future communications to this office.

Sincerely,

Juan D. Berrio, Esq.

JDB/bl

UNITED STATES ATTORNEY DISTRICT
OF MARYLAND NORTHERN DIVISION

IN RE:

UNITED STATES V. CARLOS JAIME RUIZ-DUQUE

SUN TRUST ACCOUNT NO. 606002516078

_____ /

## VERIFIED NOTICE OF CLAIM

COMES NOW the Claimant, Andres Rivas, and herein asserts his claim as owner to all the

monies in Sun Trust Account No. 606002516078 which was frozen on June 11, 2002 by the United

States Department of Justice.

Andres Rivas (Claimant)
Account No. 606002516078

STATE OF FLORIDA
COUNTY OF DADE

The foregoing instrument was acknowledged before me this 25 day of June
2002, by Andres Rivas who did furnish me with FL Drivers License identification and who
did take an oath indicating the above-referenced statement is true and correct under penalty of
perjury.

SWORN TO AND SUBSCRIBED BEFORE ME.

NOTARY PUBLIC

OFFICIAL NOTARY SEAL
CAROLINA RODRIGUEZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC986288
MY COMMISSION EXP. DEC. 5,2004

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lisa M. Griffin, Esq.
Assistant United State Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland
21001-2692

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   Charles Rodney   B. Date of Delivery   7/11/02

C. Signature
X (signature)   ☑ Agent   ☑ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7001 1940 0004 8686 1878

PS Form 3811, March 2001        Domestic Return Receipt        102595-01-M-1424



CERTIFIED MAIL

7001 1940 0004 8686 1878

LAW OFFICES OF
RICHARD S. GENDLER & ASSOCIATES, P.A.
2828 CORAL WAY, SUITE 304

Lisa M. Griffin, Esq.
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

Via Certified Mail-Return Receipt Requested!

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ 0.34 |
| Certified Fee | 2.10 |
| Return Receipt Fee (Endorsement Required) | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $3.94 |

Postmark Here

Sent To LISA M GRIFFIN, Esq., Asst. U.S. ATTY
Street, Apt. No.; or PO Box No. 6625 United State Courthouse
City, State, ZIP+4 101 West Lombard St. Baltimore, MD 21201-2692

PS Form 3800, January 2001          See Reverse for Instructions

7001 1940 0004 8686 1878



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ 0.34 |
| Certified Fee | 2.10 |
| Return Receipt Fee (Endorsement Required) | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $3.94 |

Postmark Here

Sent To LISA M GRIFFIN, Esq., Asst. U.S. ATTY
Street, Apt. No.; or PO Box No. 6625 United State Courthouse
City, State, ZIP+4 101 West Lombard St. Baltimore, MD 21201-2692

PS Form 3800, January 2001          See Reverse for Instructions

7001 1940 0004 8686 1878

# **EXHIBIT D**
(See attached)

LAW OFFICES OF
## RICHARD S. GENDLER & ASSOCIATES , P.A.

2828 CORAL WAY, SUITE 304
MIAMI, FLORIDA 33145

TELEPHONE: (305) 444-1533
FACSIMILE: (305) 444-1075

August 12, 2002

Via Facsimile (410)962-0117

Tracy Roy
U. S. Customs Service
40 S. Gay Street
Baltimore, MD 21202

Re:    Claimants:      Andres Rivas
                       Gabriela Rivas
       Case No.        2002-1303-000085-01
       SunTrust
       Account No.     60600-2516078

Dear Ms. Roy:

   As per our recent telephone conversation, please be advised that this offices represents the claimants, Andres Rivas and Gabriela Rivas, with regard to the above referenced seizure.  As I informed you in our telephone conversation, I have already spoken to Lisa M. Griffin, Esq., the Assistant United States Attorney handling this matter.  I informed Ms. Griffin that the my clients' account should not be forfeited because my clients are innocent owners who merely provided services.  See 18 USC §983(d)(3)(A).

   After speaking to Ms. Griffin, I forwarded a correspondence memorializing our conversation and filing a Verified Claim.  I forwarded the correspondence and Verified Claim via facsimile and Certified U.S. Mail on June 26, 2002.  For your records, I am attaching a copy of the correspondence and a copy of the Verified Claim that were filed.  Should you have any questions, please contact the undersigned.

Sincerely,

Juan D. Berrio, Esq.

JDB/bl

LAW OFFICES OF

# RICHARD S. GENDLER & ASSOCIATES , P.A.

2828 CORAL WAY, SUITE 304
MIAMI, FLORIDA 33145

TELEPHONE: (305) 444-1533
FACSIMILE: (305) 444-1075

June 26, 2002

Via Certified Mailed-Return Receipt Requested &
      Facsimile (410)962-3124

Lisa M. Griffin, Esq.
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

Re:    Andres Rivas
       Sun Trust Account No. 606002516078

Dear Ms. Griffin:

As per our previous telephone conversation, please be advised that this office represents Andres Rivas with regard to the above referenced matter. As such, enclosed please find a Verified Notice of Claim executed by Mr. Rivas with regard to Sun Trust Account No. 606002516078.

As I informed you in our telephone conversation, Mr. Rivas is an innocent owner who merely provided services as a freight forwarder for U.S. goods. (See 18 USC §983(d)(3)(A)). I have all the documentation necessary to prove this. If you would like to resolve this matter without the need for a complaint and protracted litigation, please contact the undersigned in a timely fashion.

Additionally, please forward to this office any and all documents associated with this seizure including, but not limited to, the subpoenas served on Sun Trust Bank. Please direct any and all future communications to this office.

Sincerely,

Juan D. Berrio, Esq.

JDB/bl

UNITED STATES ATTORNEY DISTRICT
OF MARYLAND NORTHERN DIVISION

IN RE:

UNITED STATES V. CARLOS JAIME RUIZ-DUQUE

SUN TRUST ACCOUNT NO. 606002516078

_____/

## VERIFIED NOTICE OF CLAIM

COMES NOW the Claimant, Andres Rivas, and herein asserts his claim as owner to all the

monies in Sun Trust Account No. 606002516078 which was frozen on June 11, 2002 by the United

States Department of Justice.

_____
Andres Rivas (Claimant)
Account No. 606002516078

STATE OF FLORIDA
COUNTY OF DADE

The foregoing instrument was acknowledged before me this 25 day of June ,
2002, by Andres Rivas who did furnish me with FL Drivers License identification and who
did take an oath indicating the above-referenced statement is true and correct under penalty of
perjury.

SWORN TO AND SUBSCRIBED BEFORE ME.

_____
NOTARY PUBLIC

OFFICIAL NOTARY SEAL
CAROLINA RODRIGUEZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC986288
MY COMMISSION EXP. DEC. 5,2004

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lisa M. Grainese Esq.
Assistant United State Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland
21201-2692

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X                          ☐ Agent
                           ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7001 1940 0004 8686 1878

PS Form 3811, March 2001      Domestic Return Receipt      102595-01-M-1424

# LAW OFFICES OF
## RICHARD S. GENDLER & ASSOCIATES, P.A.
### 2828 CORAL WAY, SUITE 304
### MIAMI, FLORIDA 33145

**Office (305) 444-1533**                                    **Fax (305) 444-1075**

***Facsimile Cover Page***

Please deliver the following pages to:
Tracy Roy

FROM: Juan D. Berrio, Esq.

FAX NUMBER: (410)962-0117

Re: Claimants: Andres Rivas and Gabriela Rivas
    Case No. 2002-1303-000085-01
    SunTrust Account No. 60-600-2516078

NUMBER OF PAGES INCLUDING COVER SHEET: 5

DATE: 8/12/02

NOTE: Attached please find:

1.  Correspondence to Lisa Griffin, Esq.
2.  Verified Claim
3.  Return Receipt of Certified Mail.

If you do not receive all the pages, please call Juan at (305) 444-1533.

_CONFIDENTIALITY NOTICE_

_The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee listed above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited_

# HP LaserJet *3200se*



HP LASERJET 3200

AUG-12-2002  11:38AM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 854 | 8/12/2002 | 11:36:44AM | Send | 14109620117 | 1:49 | 5 | OK |

**EXHIBIT E**
(See attached)

LAW OFFICES OF
# RICHARD S. GENDLER & ASSOCIATES , P.A.

2828 CORAL WAY, SUITE 304                          TELEPHONE: (305) 444-1533
MIAMI, FLORIDA 33145                               FACSIMILE: (305) 444-1075

October 9, 2002

Via Facsimile (410)962-3124

Lisa M. Griffin, Esq.
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

Re:    Claimant:    Andres Rivas and Gabriela Rivas
       Case No.     2002-1303-000085-01
       Property:    Sun Trust Account No. 606002516078

Dear Ms. Griffin:

       Pursuant to 18 USCS 983(f) of the Civil Asset Forfeiture Reform Act (CAFRA), this
correspondence shall serve as a request for release of the above referenced property. As you should
know, it has been over ninety (90) days since the verified claim in the above referenced seizure was
filed. As such, pursuant to 18 USCS 983(a)(3), the government has exceeded the deadline for filing
a civil complaint seeking to forfeit the property. Therefore, please arrange for the prompt return of
Sun Trust Account No. 606002516078.

       Should this account not be returned within fifteen (15) days of the date of this
correspondence, please be advised that this office will have no alternative but to petition the local
district court for return of the property. See 18 USCS 983(f)(3)(A). Should it be necessary to petition
the court, please be advised that in addition to the return of property with interest, this office will
also seek attorneys fees and costs. See 28 USC 2465. Thank you for your anticipated cooperation
in this matter.

Sincerely,

Juan D. Berrio, Esq.

JDB/bl

cc:    Paula Rigby (US Customs Service)(410)962-0117
       Tracy Roy

**LAW OFFICES OF**
**RICHARD S. GENDLER & ASSOCIATES, P.A.**
**2828 CORAL WAY, SUITE 304**
**MIAMI, FLORIDA 33145**

**Office (305) 444-1533**                              **Fax (305) 444-1075**

***Facsimile Cover Page***

---

**Please deliver the following pages to:**
**Lisa Griffin, Esq. (AUSA)**

---

**FROM: Juan D. Berrio, Esq.**

---

**FAX NUMBER: (410)962-3124**

---

**Re: Case No. 2002-1303-000085-01**
    **Claimants: Andres Rivas and Gabriela Rivas**
    **Property: Sun Trust Account No. 606002516078**

---

**NUMBER OF PAGES INCLUDING COVER SHEET: 2**

---

**DATE: 10/9/02**

---

**NOTE:**




---

**If you do not receive all the pages, please call Juan at (305) 444-1533.**

*CONFIDENTIALITY NOTICE*

*The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee listed above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited*

**LAW OFFICES OF**
**RICHARD S. GENDLER & ASSOCIATES, P.A.**
**2828 CORAL WAY, SUITE 304**
**MIAMI, FLORIDA 33145**

Office (305) 444-1533                              Fax (305) 444-1075

***Facsimile Cover Page***

Please deliver the following pages to:
Paula Rigby and Tracy Roy

FROM: Juan D. Berrio, Esq.

FAX NUMBER: (410)962-0117

Re: Case No. 2002-1303-000085-01
    Claimants: Andres Rivas and Gabriela Rivas
    Property: Sun Trust Account No. 606002516078

NUMBER OF PAGES INCLUDING COVER SHEET: 2

DATE: 10/9/02

NOTE:

If you do not receive all the pages, please call Juan at (305) 444-1533.

*CONFIDENTIALITY NOTICE*

*The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee listed above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited*

# HP LaserJet *3200se*



OCT-9-2002    2:21PM

## Fax Activity Log

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 511 | 10/ 8/2002 | 4:01:14PM | Receive | 9046341855 | 1:05 | 3 | OK |
| 512 | 10/ 8/2002 | 4:07:29PM | Send | 3055539110 | 1:04 | 3 | OK |
| 513 | 10/ 8/2002 | 4:50:15PM | Send | 3054451914 | 0:42 | 1 | OK |
| 514 | 10/ 8/2002 | 4:57:48PM | Receive | | 0:35 | 0 | No Fax Detected |
| 515 | 10/ 8/2002 | 5:03:46PM | Receive | 3054451875 | 0:33 | 1 | OK |
| 516 | 10/ 8/2002 | 5:41:56PM | Send | 14062572008 | 0:28 | 1 | OK |
| 517 | 10/ 8/2002 | 6:13:28PM | Receive | | 0:28 | 1 | OK |
| 518 | 10/ 8/2002 | 6:25:13PM | Send | 3053582701 | 0:43 | 1 | OK |
| 519 | 10/ 8/2002 | 6:27:43PM | Receive | | 1:02 | 0 | No Fax Detected |
| 520 | 10/ 8/2002 | 6:33:51PM | Receive | | 1:03 | 0 | No Fax Detected |
| 521 | 10/ 8/2002 | 6:42:46PM | Receive | | 1:02 | 0 | No Fax Detected |
| 522 | 10/ 8/2002 | 6:48:54PM | Receive | | 0:16 | 1 | OK |
| 523 | 10/ 8/2002 | 7:12:12PM | Receive | | 1:20 | 2 | OK |
| 524 | 10/ 8/2002 | 7:17:29PM | Receive | | 0:40 | 2 | OK |
| 525 | 10/ 8/2002 | 7:45:36PM | Receive | | 0:39 | 1 | OK |
| 526 | 10/ 9/2002 | 9:33:52AM | Send | 3054451914 | 0:47 | 1 | OK |
| 527 | 10/ 9/2002 | 9:47:50AM | Receive | | 0:45 | 0 | No Fax Detected |
| 528 | 10/ 9/2002 | 9:51:15AM | Receive | | 0:49 | 5 | OK |
| 529 | 10/ 9/2002 | 9:53:27AM | Receive | | 0:34 | 0 | No Fax Detected |
| 530 | 10/ 9/2002 | 9:59:02AM | Receive | | 0:35 | 0 | No Fax Detected |
| 531 | 10/ 9/2002 | 10:04:38AM | Receive | | 0:34 | 0 | No Fax Detected |
| 532 | 10/ 9/2002 | 10:10:13AM | Receive | | 0:34 | 0 | No Fax Detected |
| 533 | 10/ 9/2002 | 10:15:58AM | Send | 19542366602 | 2:20 | 2 | OK |
| 534 | 10/ 9/2002 | 10:21:01AM | Send | 3053786355 | 0:35 | 1 | OK |
| 535 | 10/ 9/2002 | 10:50:30AM | Receive | IMSG | 0:33 | 1 | OK |
| 536 | 10/ 9/2002 | 10:55:10AM | Receive | | 0:35 | 0 | No Fax Detected |
| 537 | 10/ 9/2002 | 11:15:33AM | Receive | | 2:08 | 3 | OK |
| 538 | 10/ 9/2002 | 11:18:36AM | Receive | NATIONAL FLOOD SERV | 0:47 | 2 | OK |
| 539 | 10/ 9/2002 | 11:32:01AM | Receive | | 0:57 | 4 | OK |
| 540 | 10/ 9/2002 | 11:41:58AM | Receive | 3054416443 | 0:56 | 2 | OK |
| 541 | 10/ 9/2002 | 11:59:19AM | Send | 15162468710 | 0:21 | 0 | Stop |
| 542 | 10/ 9/2002 | 12:00:21PM | Send | 15152468710 | 0:00 | 0 | Busy |
| 543 | 10/ 9/2002 | 12:01:46PM | Send | 15152468710 | 1:23 | 3 | OK |
| 544 | 10/ 9/2002 | 12:33:40PM | Receive | 3056275055 | 0:48 | 2 | OK |
| 545 | 10/ 9/2002 | 2:05:36PM | Send | 19544434452 | 0:00 | 0 | Busy |
| 546 | 10/ 9/2002 | 2:07:00PM | Send | 19544434452 | 0:00 | 0 | Busy |
| 547 | 10/ 9/2002 | 2:12:24PM | Send | 19544434452 | 0:00 | 0 | Busy |
| 548 | 10/ 9/2002 | 2:17:00PM | Send | 14109623124 | 1:06 | 2 | OK |
| 549 | 10/ 9/2002 | 2:18:12PM | Send | 19544434452 | 1:23 | 3 | OK |
| 550 | 10/ 9/2002 | 2:20:15PM | Send | 14109620117 | 0:56 | 2 | OK |

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

## 02-23240

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

*Andres Rivas and Gabriela Rivas*

CIV-LENARD

### DEFENDANTS

*United States Customs Service*

**MAGISTRATE JUDGE**
**JOHNSTON**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  *Miami Dade County*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Dade 1:02CV23240 JAL/AMS

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
*Juan D. Berrio, Esq.
2828 Coral Way, Suite 304
Miami, FL 33145*

ATTORNEYS (IF KNOWN) *Lisa H. Griffin, Esq. (AUSA)
6625 U.S. Courthouse
101 West Lombard St
Baltimore, Maryland 21201-2692*

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: (DADE,) MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | | ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **A LABOR** | **B SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | A OR B |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | B☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | | |
| | | B☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

*Fed. R. Crim Pro 41(e) Motion for Return of Property
18 USC 983  Deprivation of Property w/o Due Process*

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

### VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ *IV Amend.*

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

### VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE *11/4/02*

SIGNATURE OF ATTORNEY OF RECORD _____

*$150.00   871976*
*11/05/02*

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____